Betty S. Robinson  
Tax Assessor/Collector

*Office of*  
*Noxubee County*  
*Tax Assessor/Collector*  
*Macon, MS 39341*

2832 Jefferson St. Suite 2  
Telephone: 662-726-4744  
Fax: 662-726-2679

NOVEMBER 17, 2016

Mrs. Valerie Harris:

Please be reminded that discussing any matters concerning the business or conduction of business of the Noxubee County Tax Assessor/Collector's Office is strictly prohibited. This includes but is not limited to employee and employer meetings. Failure to adhere is grounds for immediate termination.

_____   *Valerie refused to sign*
**Employee**

*[signature]*
**Employer**


EXHIBIT A