

Align top of FedEx Express® shipping label here.

**FedEx** Express

earthsmart
FedEx carbon-neutral
envelope shipping

Envelope